WILSON ET AL. *v.* KELLEY, CORRECTIONS
DIRECTOR, ET AL.

No. 561. Decided December 16, 1968.

*Charles Morgan, Jr., Reber F. Boult, Jr., Howard Moore, Jr., P. Walter Jones, Arthur Kinoy, Melvin L. Wulf,* and *Martin Garbus* for appellants.

*Arthur K. Bolton,* Attorney General of Georgia, *Harold N. Hill, Jr.,* Executive Assistant Attorney General, *Marion O. Gordon, Mathew Robins,* and *W. Wheeler Bryan,* Assistant Attorneys General, and *Don L. Hartman,* Deputy Assistant Attorney General, for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE DOUGLAS and MR. JUSTICE WHITE are of the opinion that probable jurisdiction should be noted.